| | |
|---|---|
| ROY TINOCO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　Defendant. | Case No. 1:18-cv-00365-JLT<br><br>(~~PROPOSED~~) **ORDER ON JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 10)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　Based upon the parties' stipulation (Doc. 10), the Court **ORDERS**:

　　　1.　　Mandatory Scheduling Conference is CONTINUED to July 19, 2018, at 8:30 a.m.

IT IS SO ORDERED.

　　　Dated:　**June 5, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

LA #4837-8759-0759 v1　　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:18-cv-00365-JLT