1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 ROY TINOCO, | ) Case No.: 1:18-cv-0365- JLT |
| 12     Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| 13     v. | ) |
| 14 LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| 15     Defendant. | ) |
| 16 | ) |

17          On June 13, 2018, the parties informed the Court that they "reached a settlement which

18 disposes of this matter in its entirety." (Doc. 12 at 1)  In addition, the parties report they "are in the

19 process of finalizing the settlement documents," and anticipate filing a stipulation for dismissal within

20 twenty-one days.  (*Id.*)  Accordingly, the Court **ORDERS**:

21          1.        A stipulation to dismiss the action **SHALL** be filed **no later than July 6, 2018**; and

22          2.        All other pending deadlines, conferences and hearings are **VACATED**.

23 **The parties are advised that failure to comply with this order may result in the Court imposing**

24 **sanctions, including the dismissal of the action.**

25

26 IT IS SO ORDERED.

27     Dated:   **June 13, 2018**                    _____**/s/ Jennifer L. Thurston**_____
                                                      UNITED STATES MAGISTRATE JUDGE
28